IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR00186 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PECE, ET AL. | ) | MOTION TO UNSEAL SEARCH |
| | ) | WARRANT, APPLICATION AND |
| Defendants. | ) | AFFIDAVIT IN SUPPORT |
| | ) | |

Now comes the United States of America, by and through its counsel, Bridget M. Brennan, Acting United States Attorney, and Michael A. Sullivan, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing the federal search warrant, application and affidavit in support filed under Case No. 1:18MJ4075, so that counsel for the government may disclose same to defense counsel in connection with on-going discovery production in this case, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

Counsel for the government submits that the search warrant in Case No. 1:18MJ4075, including the application and affidavit in support, was ordered sealed at the government's request since the contents related to a then-pending investigation and sealing of the affidavit was deemed necessary to prevent compromise of the then-pending investigation. Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing the search warrant, application and affidavit in support filed in Case No. 1:18MJ4075.

        Respectfully submitted,

        BRIDGET M. BRENNAN
        Acting United States Attorney

By:  /s/ Michael A. Sullivan
        Michael A. Sullivan (NY: 2249993)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3977
        (216) 522-8355 (facsimile)
        Michael.A.Sullivan@usdoj.gov