# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-186-6 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ETHAN SHIVES, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Carmen E. Henderson Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Ethan Shives and enter a finding of guilty against defendant. (Doc. No. 155.)

On July 15, 2022, the government filed an Indictment against defendant. (Doc. No. 135.) On August 15, 2022, Magistrate Judge Henderson a waiver of indictment was filed. (Doc. No. 150.)

On August 15, 2022, a hearing was held in which defendant entered a plea of guilty to Count 5 of the Supplemental Information, charging him with Receipt of Depictions of Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. Sections 2252(a)(2) and 2. Magistrate Judge Henderson received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 155.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Count 5. The sentencing will be held on March 6, 2023 at 12:00 p.m..

**IT IS SO ORDERED**.

Dated: November 10, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**